UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In Re: __Corey and Natasha Simon_____, Debtor(s)    Case No:_____
Chapter: __11____

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor* [✓]  Debtor, __Corey Simon_____, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[ ] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[✓] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor* [✓]  Joint-debtor, __Natasha Simon_____, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[ ] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[✓] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/22/2013    Signature of Debtor: /s/ Corey Simon

Date: 7/22/2013    Signature of Joint-Debtor: /s/ Natasha Simon

By: /s/ __Robert C. Bruner_____
*ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*