UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

COREY J. SIMON, SR. and
MAMIE NATASHA SIMON,

CASE NO. 13-40460-KKS
CHAPTER 11

Debtors.

_____/

## MOTION TO DISMISS CASE

COME NOW, the Debtors, Corey J. Simon, Sr. and Mamie Natasha Simon, by and through their undersigned attorney, and file their Motion to Dismiss Case, pursuant to 11 U.S.C. §1112(a) and Fed. R. Bank. P. 1017, and in support state:

1.  On July 22, 2013, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.  Debtors are surrendering the real estate located 6089 Leigh Read Road, Tallahassee, FL 32312. Debtors and Residential Credit Solutions have entered into a consent judgment for Residential Credit Solutions to recover its property, in rem.

3.  On February 14, 2014, the Court entered an Order Granting Agreed Motion for Relief from Automatic Stay (Doc. #54).

4.  On September 3, 2013, Doris Maloy, Leon County Tax Collector, filed secured Proof of Claim #1. The delinquent real estate taxes are assessed against the surrendered real estate.

5.  On October 29, 2013, Greentree Servicing LLC filed secured Proof of Claim #4. Debtors are current in their obligation with Greentree Servicing, LLC and will reaffirm this debt.

6. On October 16, 2013, American Express filed Proof of Claim #3 which Debtors have paid in full.

**WHEREFORE**, Debtors, Debtors, Corey J. Simon, Sr. and Mamie Natasha Simon, pray the Court for an order dismissing this case, after notice and hearing, and for all other relief the Court deems proper in the premises.

Dated: February 25, 2014.

/s/ Robert C. Bruner
Robert C. Bruner, Esq.
Attorney No. 0065876
261 Pinewood Drive
Tallahassee, FL 32303
TEL: (850) 385-0342
FAX: (850) 270-2441

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been sent to the Office of the U.S. Trustee by electronic filing and all other parties who are currently listed to receive notice/service electronically or by first class, U.S. mail this 25th day of February, 2014, including:

Creditor's Matrix

/s/ Robert C. Bruner
Robert C. Bruner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 13-40460-KKS<br>Northern District of Florida<br>Tallahassee<br>Tue Feb 25 14:58:18 EST 2014 | Robert C. Bruner<br>261 Pinewood Drive<br>Tallahassee, FL 32303-8510 | Christiana Trust, A Division of Wilmington S<br>The Storey Law Group, P.A.<br>3191 Maguire Blvd.<br>Suite 257<br>Orlando, FL 32803-3723 |
| Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Green Tree Servicing LLC<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 |
| Corey J. Simon Sr.<br>6089 Leigh Read Road<br>Tallahassee, FL 32309-8929 | Mamie Natasha Simon<br>6089 Leigh Read Road<br>Tallahassee, FL 32309-8929 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | *Advantage Funding<br>1111 Marcus Ave. Ste. M27<br>New Hyde Park, NY 11042-1034 | *Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| *BOA c/o Capital Management Services, LP<br>698 1/2 South Ogden St.<br>Buffalo, NY 14206-2317 | *Bank of America<br>Bankruptcy Dept<br>475 Cross Point Pkway<br>PO BOX 9000<br>Getzville, NY 14068-9000 | *Christiana Trust, A Div. of Wilmington Savi<br>c/o Suzanne Delaney<br>Storey Law Group, PA<br>3191 Maguire Blvd., Ste. 257<br>Orlando, FL 32803-3723 |
| *Credit Management<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | *Gecrb/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | *Green Tree Servicing LLC<br>c/o Evan S. Singer<br>6267 Old Water Oak Road<br>Ste. 203<br>Tallahassee, FL 32312-3858 |
| *J.P. Morgan Mortgage Acquisition Corp.<br>c/o Shapiro, Fishman & Gache, LLP.<br>4630 Woodland Corporate Blvd. Ste. 100<br>Tampa, FL 33614-2429 | *Jason H. Egan<br>Office of the U.S. Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | *Ocwen Loan Servicing L<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 |
| *Pointe North Homeowners' Association<br>c/o Dixie L. Russell R.A.<br>2573 Barrington Circle<br>Tallahassee, FL 32308-6805 | *Storey Law Group, P.A.<br>3191 Maguire Blvd. Suite 257<br>Orlando, Fl 32803-3723 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Doris Maloy, Leon County Tax Collector<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 | Green Tree<br>PO Box 6172<br>Rapid City, SD 57709-6172 | Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049<br>Telephone # 888-298-7785 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Residential Credit Solutions<br>PO Box 163229<br>Fort Worth, TX 76161-3229 | United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |

| | | |
|---|---|---|
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Evan Singer +<br>6267 Old Water Oak Road<br>Suite 203<br>Tallahassee, FL 32312-3858 |
| Suzanne DeLaney +<br>Storey Law Group, PA<br>3191 Maguire Blvd., Suite 257<br>Orlando, FL 32803-3723 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154<br>Telephone # 888-298-7785 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Jason H. Egan +<br>Office of the U. S. Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | (d)Robert C. Bruner +<br>261 Pinewood Drive<br>Tallahassee, FL 32303-8510 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients    2<br>Total                  35 |