UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

COREY J. SIMON, SR. and                                CASE NO. 13-40460-KKS
MAMIE NATASHA SIMON,                                   CHAPTER 11

    Debtors.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE (DOC. #60)

This matter was before the Court on April 10, 2014 on Debtors', Corey J. Simon, Sr. and Mamie Natasha Simon, Motion to Dismiss Case (the "Motion") (Doc. #60), pursuant to 11 U.S.C. §1112 and Fed. R. Bank. P. 2002(a)(4), and the Court having read the Motion, and having heard argument of counsel, and the U.S. Trustee having no objection, and all parties in interest having received proper notice, it is

ORDERED that the Debtor's Motion is GRANTED and that above-captioned case is DISMISSED.

DONE AND ORDERED __April 17_____, 2014.

                                                         KAREN K. SPECIE
                                                         United States Bankruptcy Judge

Copies to:
All Parties in Interest

Prepared By:
Robert C. Bruner, Esq.
261 Pinewood Drive
Tallahassee, FL 32303